Case 7:21-cv-00134   Document 12   Filed on 08/01/22 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
August 01, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| GARCEL FAMILY, LLC § | |
| Plaintiff(s) § | |
| § | |
| v. § | CIVIL ACTION NO. 7:21-CV-134 |
| § | |
| MT. HAWLEY INSURANCE COMPANY § | |
| Defendant(s) § | |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, the Court considered the parties' Joint Stipulation of Dismissal with Prejudice (the "Stipulation"). The Court, noting that the Stipulation is agreed, is of the opinion that the Stipulation should be granted.

THEREFORE, it is ORDERED that all causes of action asserted in the above-styled and numbered case are hereby dismissed with prejudice, with costs to be taxed against the party incurring same.

SO ORDERED August 1, 2022, at McAllen, Texas.

*Randy Crane*
Randy Crane
United States District Judge